UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAIAH MUHAMMAD,

                Plaintiff,

-v-

CAPTAIN HERNANDEZ and THE CITY OF NEW YORK,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 3220 (JPO) (SLC)

**AMENDED ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO RULE 16**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' Letter at ECF No. 13, requesting an extension of time to answer or otherwise respond to the complaint, and requesting an adjournment of the initial case management conference until the Defendants have responded to the complaint. The requests are GRANTED.

Defendants shall have until **November 2, 2020** to Answer or otherwise respond to the complaint.

The initial case management conference, currently scheduled for September 24, 2020 at 10:00 am is ADJOURNED until **Wednesday, November 4, 2020 at 12:00 pm.** The conference will take place on the Court's conference line, 866-390-1828, access code, 380-9799. Defendants shall submit a proposed case management plan **one week** before the scheduled conference.

It is hereby **ORDERED** that the Warden or other official in charge of the Manhattan Detention Center produce plaintiff **Isaiah A. Muhammad**, Inmate No. 2411902466 on November 4, 2020, no later than 11:45 a.m., to a suitable location within the Manhattan Detention Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled date and time for the conference

presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that defendants' counsel must: (1) transmit this order to the Warden immediately; and (2) contact the Manhattan Detention Center to arrange the telephone call and provide the facility with the Court's conference line information.

In addition to discussing a discovery schedule, the parties should be prepared to discuss settlement (and counsel for Defendants should come to the conference with settlement authority, and with a supervisor available by phone if necessary).

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff Isaiah A. Muhammad at the below address.

Dated:   New York, New York
         September 18, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:   Isaiah A. Muhammad
           No. 2411902466
           Manhattan Detention Center
           125 White Street
           New York, NY 10013