# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

isaiah Muhammad

---

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

**COMPLAINT**
(Prisoner)

Captain Hernandez, City of New york, N.Y.C Dept. of Correction

Do you want a jury trial?
☑ Yes ☐ No

---

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

DEF Exhibit A

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Isaiah__  __A__  __Muhammad__
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__2411902466__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Manhattan Detention Center__
Current Place of Detention

__125 White Street__
Institutional Address

__NY__ , __NY__ __10013__
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

           Hernandez

First Name     Last Name     Shield #

Security Captain

Current Job Title (or other identifying information)

Current Work Address

County, City     State     Zip Code

Defendant 2:

City of New York

First Name     Last Name     Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City     State     Zip Code

Defendant 3:

N.Y.C. Department of Correction

First Name     Last Name     Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City     State     Zip Code

Defendant 4:

First Name     Last Name     Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City     State     Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: <u>MANHATAN DETENTION CENTER 9 south</u>

Date(s) of occurrence: <u>April 7, 2020  At the end of 3-11 tour</u>

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

1. While I was in my cell CAPT. Hernandez approached my cell and maliciously utilized chemical agents with the objective of killing me by spraying my food slot not reporting such incident and denying me medical attention

2. N.Y.C Department of correction and the city of new york is personally involved/liable because they have a custom of allowing D.O.C employees to violate policy procedures and not holding them accountable & subjecting me to unnecessary use of force in federal violation of the Nunez agreement as well as subjecting me to cruel and unusual punishment in federal violation of my 8th Amendment rights

3. I suffered cruel and unusual punishment

4. As to defendant Captain Hernandez I would like to sue him in individual/official capacity which would allow some form of settlement agreement to involve him receiving meaningful accountability to deter him →

Page 4

From violating other individuals in detainment at N.Y.C D.O.C

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

5. Ankle pain, back pain, headaches, chest pains, breathing problems, blurry vision, emotional distress, psychological distress

6. on April 8, 2020 received pain meds xray scheduled April 10, 2020 got xray right ankle right shoulder emotional/psychological distress mental health services is being utilized and is needed

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Compensatory relief $1,000,000
punitive relief $1,000,000
Allowed to sue captain Hernandez in individual/official capacity as he personally violated and I would like the court to order an injunction relief order ordering "All D.O.C employees not to utilize chemical agents because of my medical contraindications indicated by medical personnel

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4-15-20

Plaintiff's Signature

First Name: ISAIAH
Middle Initial: A
Last Name: Muhammad

Prison Address: 125 White Street

County, City: NY
State: NY
Zip Code: 10013

Date on which I am delivering this complaint to prison authorities for mailing: 4-15-20

Page 6

ISAIAH MUHAMMAD
91190-2466 MDC
25 White Street
NY, NY, 10013

United States District Court
USMS SDNY
500 Pearl Street New York, NY
10007

PRO SE GP

