UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISIAH A. MUHAMMAD,

                Plaintiff,

  -v-

CAPTAIN HERNANDEZ, and the CITY OF NEW YORK,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 3220 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of Defendants' Motion to (1) compel Plaintiff to submit properly executed medical releases and provide full responses to Defendants' interrogatory requests, and (2) extend all discovery deadlines until 60 days after Plaintiff has completed the medical releases and responded to the interrogatories. (ECF No. 20). The Motion is GRANTED.

Mr. Muhammad is ORDERED to:

1. Properly execute <u>ALL</u> of the medical releases provided by Defendants. Follow the instructions provided by Defendants to make sure the releases are filled out correctly.

2. Respond to <u>ALL</u> of Defendants' interrogatory requests in accordance with the Federal Rules of Civil Procedure.

Plaintiff must send the medical releases and interrogatory responses to Defendants by **<u>April 22, 2021</u>**. On receipt, Defendants shall provide the Court a proposed updated case management schedule.

The Clerk of Court is directed to close ECF No. 20 and to mail a copy of this order to Plaintiff at the below address.

2

Dated:   New York, New York                           SO ORDERED
         February 26, 2021

_____
SARAH L. CAVE
United States Magistrate Judge


Mail To:   Isaiah A. Muhammad
           2411902466
           Manhattan Detention Center
           125 White Street
           New York, NY 10013

2