```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ISAIAH A. MUHAMMAD,<br><br>                Plaintiff,<br><br>-v-<br><br>CAPTAIN HERNANDEZ, and the CITY OF NEW YORK,<br><br>                Defendants. | CIVIL ACTION NO.: 20 Civ. 3220 (JPO) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

On February 26, 2021, the Court granted Defendants' motion to compel pro se Plaintiff Isaiah A. Muhammad to provide Defendants with properly executed medical releases and full responses to Defendants' interrogatories (the "February 26, 2021 Order"). (ECF No. 21). The Court directed Mr. Muhammad to provide the medical releases and interrogatory responses by April 22, 2021. (Id. at 1). On May 7, 2021, Defendants advised the Court that they had not received the releases or interrogatory responses. (ECF No. 22 at 2).

Accordingly, the Court renews its directive in the February 26, 2021 Order and ORDERS Mr. Muhammad to:

1. Properly execute ALL of the medical releases provided by Defendants. Follow the instructions provided by Defendants to make sure the releases are filled out correctly.

2. Respond to ALL of Defendants' interrogatory requests in accordance with the Federal Rules of Civil Procedure.

Mr. Muhammad must send the medical releases and interrogatory responses to Defendants **by June 9, 2021**. On receipt, Defendants shall provide the court with a proposed updated case management schedule.

Mr. Muhammad is advised that failure to comply with this Order may cause the Court to issue an order to show cause why this case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the below address.

Dated:     New York, New York
            May 10, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

<u>Mail To</u>:

    Isaiah A. Muhammad
    2411902466
    Manhattan Detention Center
    125 White Street
    New York, NY 10013